```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 38652
   ESTHER L JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0329


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 10/18/2004 and was confirmed 12/06/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 12/22/2008.
-----------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
   CHRYSLER CREDIT CORP       NOTICE ONLY    NOT FILED            .00             .00
   CHRYSLER FINANCIAL SVC A   SECURED         12199.63         665.51       12199.63
   WACHOVIA MORTGAGE CO       CURRENT MORTG       .00             .00             .00
   SPS                        CURRENT MORTG       .00             .00             .00
   TECH CREDIT UNION ~        SECURED         33769.00        3118.00       33769.00
   TECH CREDIT UNION ~        UNSEC W/INTER  NOT FILED            .00             .00
   AMERICAN EXPRESS TRAVEL    UNSEC W/INTER   10891.61        1247.70       10891.61
   SMC                        UNSEC W/INTER    1209.56         138.42        1209.56
   CHASE MANHATTAN BANK       UNSEC W/INTER  NOT FILED            .00             .00
   COMMONWEALTH EDISON        UNSEC W/INTER  NOT FILED            .00             .00
   MBNA AMERICA               UNSEC W/INTER  NOT FILED            .00             .00
   NICOR GAS                  UNSEC W/INTER     768.02          84.56          768.02
   VILLAGE OF BURNHAM         UNSEC W/INTER  NOT FILED            .00             .00
   CHRYSLER FINANCIAL SVC A   UNSEC W/INTER  NOT FILED            .00             .00
   JOSEPH WROBEL              DEBTOR ATTY      1,694.00                       1,694.00
   TOM VAUGHN                 TRUSTEE                                         4,242.90
   DEBTOR REFUND              REFUND                                            111.09

         Summary of Receipts and Disbursements:
   -----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
   -----------------------------------------------------------------------
   TRUSTEE          70,140.00

   PRIORITY                                   .00
   SECURED                               45,968.63
       INTEREST                           3,783.51
   UNSECURED                             12,869.19
       INTEREST                           1,470.68
   ADMINISTRATIVE                         1,694.00
   TRUSTEE COMPENSATION                   4,242.90
   DEBTOR REFUND                            111.09

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 38652 ESTHER L JOHNSON
```

```
                                ---------------      ---------------
TOTALS                              70,140.00            70,140.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
 Dated: 03/10/09                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
        CASE NO. 04 B 38652 ESTHER L JOHNSON
```